```
 1  Vincent P. Hurley #111215
    Ryan M. Thompson #292281
 2  LAW OFFICES OF VINCENT P. HURLEY
    A Professional Corporation
 3  28 Seascape Village
    Aptos, California 95003
 4  Telephone: (831) 661-4800
    Facsimile: (831) 661-4804
 5
    Attorneys for Defendants
 6  CITY OF SCOTTS VALLEY and OFFICER MICHAEL BIRLEY

 7

 8                    UNITED STATES DISTRICT COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11
                                              )    Case No. 5:16-cv-05135-EJD
12  MICHAEL MALLOY; AMI MALLOY;                )
    L.S. MALLOY, a minor by and through his    )    STIPULATION FOR DISMISSAL OF
13  proposed guardian ad litem AMI MALLOY;     )    DEFENDANTS CITY OF SCOTTS VALLEY
    E.S. MALLOY, a minor by and through his    )    AND OFFICER MICHAEL BIRLEY;
14  proposed guardian ad litem AMI MALLOY,     )    [PROPOSED] ORDER
                                               )
15               Plaintiffs,                   )
                                               )
16        vs.                                  )
                                               )
17  COUNTY OF SANTA CRUZ, CITY OF              )
    SCOTTS VALLEY, OFFICER MICHAEL             )
18  BIRLY; CAROLYN STRAGE; WENDELL             )
    STAMPS; YOONI POMPER; ERIN                 )
19  BURTON; STEPHANIE VICOTTI,                 )
    ANGELICA GLASS; JUDY YOKEL;                )
20  CECILIA ESPINOZA; BEATRIZ                  )
    MONJAREZ; AND 20 UNKNOWN                   )
21  AGENTS/EMPLOYEES OF THE                    )
    COUNTY OF SANTA CRUZ AND THE               )
22  CITY OF SCOTTS VALLEY,                     )
                                               )
23               Defendants.                   )
                                               )
24

25        Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs MICHAEL MALLOY;

26  AMI MALLOY; L.S. MALLOY, a minor by and through his proposed guardian ad litem AMI

27  MALLOY; E.S. MALLOY, a minor by and through his proposed guardian ad litem AMI

28
                                               1
    Stipulation of Dismissal of Scotts Valley Defendants              Case No. C16-05135-EJD
```

MALLOY, by and through their attorney, Kathleen E. Wells, and Defendants CITY OF SCOTTS VALLEY and MICHAEL BIRLEY ("Scotts Valley Defendants"), by and through their attorneys, Law Office of Vincent P. Hurley, stipulate as follows:

In exchange for a mutual waiver of fees and costs, Plaintiffs and Scotts Valley Defendants stipulate to dismissal of Plaintiffs' complaint, with prejudice, as to Defendants CITY OF SCOTTS VALLEY and MICHAEL BIRLEY, only.

Dated: June 30, 2017

By: /s/
KATHLEEN E. WELLS
Attorney for Plaintiffs MICHAEL MALLOY, AMI MALLOY, L.S. MALLOY and E.S. MALLOY

Dated: June 29, 2017

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By: /s/
RYAN M. THOMPSON
Attorneys for Defendant CITY OF SCOTTS VALLEY and OFFICER MICHAEL BIRLEY

## [PROPOSED] ORDER

The Court has reviewed the Stipulation for Dismissal entered into by Plaintiffs and the Scotts Valley Defendants. Based upon a review of the record and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed as to Defendants CITY OF SCOTTS VALLEY and OFFICER MICHAEL BIRLEY, with prejudice. Each Party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 5, 2017

Hon. Edward J. Davila, District Court Judge