KATHLEEN E. WELLS, State Bar No. 107051
Attorney at Law
3393 Maplethorpe Lane
Soquel, California 95073
Telephone: (831) 475-1243
Email: lioness@got.net

Attorneys for Plaintiffs MICHAEL MALLOY, AMI MALLOY, L.S. MALLOY &
E.S. MALLOY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| MICHAEL MALLOY; AMI MALLOY; L.S. MALLOY, a minor by and through his proposed guardian ad litem AMI MALLOY; E.S. MALLOY, a minor by and through his proposed guardian ad litem AMI MALLOY,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ,  CITY OF SCOTTS VALLEY, OFFICER MICHAEL BIRLY; CAROLYN STRAGE; WENDELL STAMPS; YOONI POMPER; ERIN BURTON; STEPHANIE VICOTTI, ANGELICA GLASS; JUDY YOKEL; CECILIA ESPINOZA; BEATRICE MONJAREZ; AND 20 UNKNOWN AGENTS/EMPLOYEES OF THE COUNTY OF SANTA CRUZ AND THE CITY OF SCOTTS VALLEY,<br><br>        Defendants. | Case No. 5:16-cv-05135 EJD<br><br><br>PLAINTIFFS' MOTION AND REQUEST FOR ORDER RE: MINORS' COMPROMISE; [~~PROPOSED~~] ORDER |

*Malloy, et al.  vs. County of Santa Cruz, et al.,*
Case No. 5:16-05135 EJD

PLAINTIFFS' REQUEST FOR MINORS' COMPROMISE

-1-

# I.  BASIS FOR MOTION

This case presents claims by Plaintiffs, Ami Malloy, Michael Malloy and their children L.S. and E.S., that the defendants unlawfully arrested them, used excessive force and removed the minor children from their parents.

All defendants have, and still do, contended throughout the litigation that their actions were reasonable and lawful.

The matter proceeded to mediation on August 10, 2017, before Claudia Leed, Esq. and the matter settled for $9,750.

The defendants do not oppose the proposed distribution set forth herein below, thereby eliminating the need for a hearing.

# II.  PARTIES

The parties to this settlement are as follows:

1. Plaintiff Ami Malloy

2. Plaintiff Michael Malloy

3. Plaintiff E.S., minor son of Ami and Michael Malloy, by and through his mother and Guardian Ad Litem, Ami Malloy.

4. Plaintiff L.S.,  minor son of Ami and Michael Malloy, by and through his mother and Guardian Ad Litem, Ami Malloy.

5. minor son of Ami and Michael Malloy, by and through his mother and Guardian Ad Litem, Ami Malloy.

*Malloy, et al.  vs. County of Santa Cruz, et al.,*
Case No. 5:16-05135 EJD

PLAINTIFFS' REQUEST FOR MINORS' COMPROMISE

-2-

6   COUNTY OF SANTA CRUZ and the following employees of the

COUNTY:

    a. CAROLYN STRAGE;

    b. WENDELL STAMPS;

    c. YOONI POMPER;

    d. ERIN BURTON;

    e. STEPHANIE VICOTTI,

    f. ANGELICA GLASS;

    g. JUDY YOKEL;

    h. CECILIA ESPINOZA.

It should be noted that defendants City of Scotts Valley and Officer Michael Birley were dismissed with prejudice by stipulation and order of this court.

### III.    CURRENT STATUS

The plaintiffs have agreed to a monetary settlement with regards to all claims and with regard to all defendants, without any admission of liability by any defendant for the acts complained of, with each side bearing their own fees and costs.  All claims against all defendants are to be dismissed as part of the settlement.

### IV.    PROPOSED DISTRIBUTION

In settlement of the case, without admitting liability, defendants have agreed to pay $9,750 in equal portions to plaintiffs Ami Malloy and Michael

*Malloy, et al.  vs. County of Santa Cruz, et al.,*
Case No. 5:16-05135 EJD

PLAINTIFFS' REQUEST FOR MINORS' COMPROMISE

-3-

Malloy and E.S. and L.S. Malloy, the minor children of the Malloys, represented by their mother, Ami Malloy as their Guardian Ad Litem.   The Court is also asked to approve the payment to counsel for plaintiffs of 1/3 of the settlement amount totalling $3,250.  Counsel has waived repayment of costs.

Plaintiffs' counsel had no prior relationship with any Plaintiff prior to representing them in this case.

Plaintiffs' counsel  submits that her fees are reasonable and should be awarded in the amount requested.

## V.    CONCLUSION

Plaintiffs and their counsel request the Court's approval of the distribution of the proceeds of the settlement as set forth herein above and the payment of attorney fees, without a hearing.

Respectfully submitted,

Dated: August 23, 2017

___/s/ Kathleen E. Wells_____
KATHLEEN E. WELLS
Attorney for Plaintiffs

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR

      The court hereby approves the plaintiffs' Request for Compromise of Claims as set forth in their motion.

Dated:   August 24, 2018

_____
U.S. DISTRICT COURT JUDGE EDWARD J. DAVILA

*Malloy, et al.  vs. County of Santa Cruz, et al.,*
Case No. 5:16-05135 EJD

PLAINTIFFS' REQUEST FOR MINORS' COMPROMISE

-5-