KATHLEEN E. WELLS, State Bar No. 107051
Attorney at Law
3393 Maplethorpe Lane
Soquel, California 95073
Telephone: (831) 475-1243
Email: lioness@got.net

Attorneys for Plaintiffs MICHAEL MALLOY, AMI MALLOY, L.S. MALLOY & E.S. MALLOY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| MICHAEL MALLOY; AMI MALLOY; L.S. MALLOY, a minor by and through his proposed guardian ad litem AMI MALLOY; E.S. MALLOY, a minor by and through his proposed guardian ad litem AMI MALLOY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, CITY OF SCOTTS VALLEY, OFFICER MICHAEL BIRLY; CAROLYN STRAGE; WENDELL STAMPS; YOONI POMPER; ERIN BURTON; STEPHANIE VICOTTI, ANGELICA GLASS; JUDY YOKEL; CECILIA ESPINOZA; BEATRICE MONJAREZ; AND 20 UNKNOWN AGENTS/EMPLOYEES OF THE COUNTY OF SANTA CRUZ AND THE CITY OF SCOTTS VALLEY,<br><br>Defendants. | Case No. 5:16-cv-05135 EJD<br><br>PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS; [~~PROPOSED~~] ORDER |

Having reached an amicable settlement on all issues of the complaint, and upon the court's approval of the minors' compromise, Plaintiffs, by and through their attorney of record, hereby request that the court order the dismissal with prejudice of all defendants in this action.

Respectfully submitted,

Dated: October 20, 2017

    \_\_/s/ Kathleen E. Wells_____
    KATHLEEN E. WELLS
    Attorney for Plaintiffs

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR

The court hereby grants plaintiffs' request of dismissal with prejudice of all defendants in this action.

Dated: October 20, 2017

_____
U.S. DISTRICT COURT JUDGE EDWARD J. DAVILA

*Malloy, et al. vs. County of Santa Cruz, et al.*,     PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. 5:16-05135 EJD

-2-